# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02802

VERONICA LOPEZ,

        Plaintiff,

v.

MACHOL & JOHANNES LLC,

        Defendant.

## COMPLAINT

### INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Veronica Lopez ("**Plaintiff**" or "**Ms. Lopez**"), an individual consumer, against Defendant Machol & Johannes LLC ( the "**Debt Collector**") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. (hereinafter "**FDCPA**"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) in that the Debt Collector transacts business in this District and the conduct complained of occurred in this District.

## PARTIES

4. Plaintiff is an individual and resides in the County of Arapahoe, Colorado.

5. Plaintiff is a "consumer", as that term is defined by 15 U.S.C. § 1692a(3).

6. The Debt Collector is a Colorado limited liability company that does business in Colorado. The Debt Collector has a principal place of business in Colorado at 717 17th Street, Suite 2300, Denver, Colorado 80202.

7. The principal purpose of the Debt Collector in this state is the collection of debts.

8. The Debt Collector regularly attempts to collect debts from consumers alleged to be due another.

9. The Debt Collector is engaged in the collection of debts from consumers using the mail and telephone.

10. The Debt Collector operates as a collection agency and is a "debt collector", as that term is defined by 15 U.S.C. § 1692a(6).

## FACTS

11. Plaintiff allegedly incurred a financial obligation that was primarily for personal, family, or household purposes in that the financial obligation arose from use of a credit card (the "**Debt**").

12. The Debt was assigned for collection by the original creditor to the Debt Collector for collection after the Debt was in default.

13. The Debt is a "debt", as that term is defined by 15 U.S.C. § 1692a(5).

14. On August 6, 2014, the original creditor filed a notice with respect to the filing of a foreign judgment, in case number 2014CV32138, in the District Court for Arapahoe County (the "**District Court Case**").

15. Plaintiff was not aware that a judgment had entered against her.

16. On September 18, 2014, Plaintiff filed a Motion to Vacate Judgment in the District Court Case (the **"Motion"**).

17.     On or about October 7, 2014, attorney for the original creditor, Richard Rose, requested an extension of time to respond to the Motion.

18.     On October 7, 2014, the Debt Collector sent Plaintiff a letter informing her that they now represented the original creditor and of her 15 U.S.C. § 1692g rights (the **"Letter"**).

19.     The Debt Collector knew that Plaintiff was represented by an attorney.

20.     The name and address of Plaintiff's attorney were readily ascertainable by the Debt Collector.

### Respondeat Superior Liability

21.     Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

22.     The acts and omissions complained of herein were committed by an agent employed by the Debt Collector.

23.     The acts and omissions of the agent complained of herein were within the scope, time, and space limitations of the agency relationship.

24.     The acts and omissions by the agent were incidental to, or of the same general nature as, the responsibilities the agent was authorized to perform by the Debt Collector in collecting debts.

25.     By committing these acts and omissions against Plaintiff, the agent was motivated to benefit its principal, the Debt Collector.

26.     The Debt Collector is liable to Plaintiff through the doctrine of Respondeat Superior for the intentional and negligent acts, errors, and omissions done in violation of federal law by its agent in its attempts to collect a debt from Plaintiff.

### COUNT I
### (Violations of the FDCPA, 15 U.S.C. § 1692 *et seq.*)

27.     Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

28. 15 U.S.C. § 1692c(2) prohibits a debt collector from communicating with a consumer in connection with the collection of a debt if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address.

29. The Debt Collector violated 15 U.S.C. § 1692c(2) by sending Plaintiff the Letter when the Debt Collector knew that Plaintiff was represented by an attorney and knew of or could readily ascertain Plaintiff's attorney's name and address.

30. The foregoing acts and omissions of the Debt Collector constitute a violation of the FDCPA.

31. Plaintiff has suffered and continues to suffer actual damages as a result of the Debt Collector's unlawful conduct.

32. As a direct consequence of the Debt Collector's acts, practice, and conduct, the Plaintiff has suffered, and continues to suffer, from humiliation, anger, anxiety, emotional distress, fear, frustration, and embarrassment.

33. The Plaintiff is entitled to damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Veronica Lopez prays for relief and judgment, as follows:

1. Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k, in the amount of $1,000.00;

2. Awarding Plaintiff actual damages pursuant to 15 U.S.C. § 1692k;

3. Awarding Plaintiff reasonable attorney fees and costs incurred in this action;

4. Awarding Plaintiff pre-judgment and post-judgment interest as may be allowed under the law; and

5. Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

Plaintiff Veronica Lopez is entitled to and hereby demands a trial by jury.

Dated: October 14, 2014

    Respectfully submitted,

/s/ Ahson B. Wali
Daniel J. Vedra
Ahson B. Wali
Vedra Wali LLC
1435 Larimer St., Suite 302
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: daniel.vedra@vwfirm.com
       ahson.wali@vwfirm.com